ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Doubleshot, Inc.                               )   ASBCA No. 61691
                                               )
Under Contract No. N6835-06-C-0416             )

APPEARANCE FOR THE APPELLANT:        Mr. Alan Shulman
                                       Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT:      Samuel W. Morris, Esq.
                                       DCMA Chief Trial Attorney
                                     Srikanti Schaffner, Esq.
                                       Trial Attorney
                                       Defense Contract Management Agency
                                       Carson, CA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 10, 2025

_____
MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61691, Appeal of Doubleshot, Inc., rendered in conformance with the Board's Charter.

Dated:  March 11, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals